JOSEPH DEGNAN, Appellant, *v.* GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LIMITED, OF PERTH, SCOTLAND, Respondent.

*Degnan* v. *General Acc., F. & L. Assur. Corp., Ltd.,* 161 App. Div. 439, affirmed.

(Argued April 27, 1917; decided May 8, 1917.)

APPEAL from a judgment entered June 13, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action by an insurance broker to recover commissions. Plaintiff brought two applications for accident liability insurance to defendant's general agents who stated that his compensation would be twenty five per cent of the earned premiums. After the policies had been in force some months the policies, at the request of the insured, were canceled and new policies issued. The plaintiff had received his commis-

sion upon the policy issued to the contracting company to the date of cancellation, and brings this action to recover commissions alleged to have accrued after the cancellation.

*Lemuel E. Quigg* for appellant.

*Stephen P. Anderton* for respondent.

*Per Curiam.* In holding that the complaint was properly dismissed by the Appellate Division, we confine our decision to the action now before us. We leave open the question whether the plaintiff may recover his commissions on the basis of the short rate premium which the defendant failed to exact in canceling the policies. That is not the theory either of the complaint or of the trial. The complaint was framed and the action tried upon the theory that the cancellation was ineffective and that the policies remained in force.

The judgment should be affirmed with costs.

HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, CRANE and ANDREWS, JJ., concur; MCLAUGHLIN, J., not sitting.

Judgment affirmed.